ORDERED.

Dated: July 27, 2017

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**In re**

ADRIAN McCLOSKEY,                             Case No. 6:15-bk-02095-CCJ
                                                                                Chapter 7
    Debtor.
_____/

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

This matter came on for consideration of the application to employ Michael A. Nardella and the law firm of Nardella & Nardella, PLLC, as attorney for the bankruptcy estate (Document No. 26). Based upon the facts set forth in the application and declaration by the proposed attorney, the court concludes that the attorney does not hold or represent an interest adverse to the estate and is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code. The court further concludes that the attorney is qualified to represent the trustee and that the court's authorization of the attorney's employment is in the best interest of the estate.

Accordingly, the application is granted, and the court approves the employment of Michael A. Nardella and the law firm of Nardella & Nardella, PLLC. Compensation will be determined later in accordance with the provisions of Section 330 of the Bankruptcy Code. No payment whatsoever shall be made to the attorney absent an application.

Trustee, Gene T. Chambers, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.