# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
# www.flmb.uscourts.gov

IN RE:

**ADRIAN MCCLOSKEY**

      **Debtor.**

_____/

Case No.: 6:15-bk-02095-CCJ

Chapter 7

## MOTION FOR RECONSIDERATION OF
## ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN OF
## BRANCH BANKING AND TRUST COMPANY, ON EXEMPT PROPERTY

Comes now OUACHITA FINANCIAL SERVICES, LLC ("OFC"), by and through its undersigned counsel, pursuant to Rule 9024, Fed. R. Bankr. P., and respectfully prays this Court relieve OFC from the Order Granting Motion to Avoid Judicial Lien of Branch Banking and Trust Company, and in support thereof would show as follows:

1. The Debtor, Adrian McCloskey, filed his Motion to Avoid Judicial Lien of Branch Banking and Trust Company, on Exempt Property [the "Motion"] (Doc. No. 21).

2. OFC filed its Objection (Doc. No. 22) in response thereto.

3. The Motion and the Objection were set for preliminary hearing before the Court on August 30, 2017, at 2:00 p.m. in Courtroom 6D.

4. When the case was called, undersigned counsel was in the hallway conferring with another Debtor whose hearing had just ended and was not present in the courtroom; consequently, the Court granted the Motion believing the matter to be unopposed.

5. OFS' Objection raises substantive issues concerning the nature of the Debtor's interest which the Debtor has claimed as exempt, and which the Debtor has misrepresented to the Court in the Motion.

6.     This motion is made in good faith and not for the purpose of delay.

Wherefore, OUACHITA FINANCIAL SERVICES, LLC, respectfully prays this Court vacate the Order Granting Motion to Avoid Judicial Lien of Branch Banking and Trust Company, and grant such other and further relief as is just in the circumstances.

> /s/ Robert B. Branson
> Robert B. Branson, Esquire
> Florida Bar No.: 800988
> E-mail: *robert@bransonlaw.com*
> **BransonLaw PLLC**
> 1501 E. Concord Street
> Orlando, Florida 32803
> Telephone: (407) 894-6834
> Facsimile: (407) 894-8559
> Attorney for OFS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoinghas been furnished either electronically and/or by U.S. First Class mail, postage prepaid: Adrian McCloskey, c/o Ryan Mitchell, Esquire, The Law Office of Ryan Mitchell, PLLC, 7463 Conroy Windermere Road, Suite A, Orlando, Florida 32835; **The Office of the United States Trustee**, Attn: United States Trustee, Orlando, George C. Young Federal Building, 400 West Washington Street, Suite 3100, Orlando, Florida 32801; **Gene T. Chambers,** Trustee, Post Office Box 533987, Orlando, Florida 32853; and all cm/ecf participants as shown on the matrix attached to the original of this application filed with the Court this 30th day of August, 2017.

> /s/ Robert B. Branson
> Robert B. Branson, Esquire
> Florida Bar No.: 800988

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:15-bk-02095-CCJ<br>Middle District of Florida<br>Orlando<br>Wed Aug 30 16:18:35 EDT 2017 | Ally Bank<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 |
| Adrian McCloskey<br>8660 Crestgate Circle<br>Orlando, FL 32819-3855 | Michael A Nardella<br>Nardella & Nardella, LLC<br>250 E. Colonial Dr. #102<br>Orlando, FL 32801-1231 | Ouachita Financial Service , LLC<br>c/o BransonLaw, PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 |
| Ally<br>PO Box 380902<br>Bloomington, MN 55438-0902 | Ally Financial<br>Attn: Bankruptcy<br>Po Box 130424<br>Roseville, MN 55113-0004 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355-1245 | Branch Banking and Trust Co.<br>2710 N. Orange Blossom Trail<br>Kissimmee, FL 34744-1349 | Branch Banking and Trust Company<br>c/o W. Glenn Jensen, Esq.<br>Roetzel & Andress, LPA<br>P.O. Box 6507<br>Orlando, FL 32802-6507 |
| CYPRESS PARK INVESTMENTS LLC<br>1254 S JOHN YOUNG PKWY<br>SUITE C<br>KISSIMMEE FL 34741-6336 | Chase Cardmember  Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Emerald Properties, LLC<br>8660 Crestgate Circle<br>Orlando, FL 32819-3855 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | GM Financial<br>PO Box 183834<br>Arlington, TX 76096-3834 | GM Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| HARRY CHALFIOUX<br>1254 S JOHN YOUNG PKWY<br>SUITE C<br>KISSIMMEE FL 34741-6336 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| Renunion Bank of Florida<br>Osceola Loan Production<br>3615 Clyde Morris Blvd.<br>Port Orange, FL 32129-2355 | THOMAS E CHALIFOUX JR<br>1254 S JOHN YOUNG PKWY<br>SUITE C<br>KISSIMMEE FL 34741-6336 | United Recovery Systems<br>PO Box 722929<br>Houston, TX 77272-2929 |
| Gene T Chambers +<br>Post Office Box 533987<br>Orlando, FL 32853-3987 | United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Michael A Nardella +<br>Nardella & Nardella, PLLC<br>250 East Colonial Drive, Ste 102<br>Orlando, FL 32801-1231 |
| Jeffrey Ainsworth +<br>BransonLaw PLLC<br>1501 E. Concord Street<br>Orlando, FL 32803-5411 | Ryan F. C. Mitchell +<br>The Law Office of Ryan Mitchell, PLLC<br>7463 Conroy Windermere Road<br>Suite A<br>Orlando, FL 32835-2761 | Charles R Sterbach +<br>Office of the United States Trustee<br>400 W. Washington St., Ste 1100<br>Orlando, FL 32801-2440 |

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)AmeriCredit Financial Services, Inc. dba G
P O Box 183853
Arlington, TX 76096-3853

(u)Cynthia C. Jackson +
Orlando

End of Label Matrix
Mailable recipients   30
Bypassed recipients    2
Total                 32