**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE:                                                                Case No.: 6:15-bk-02095-CCJ
                                                                      Chapter 7
**ADRIAN MCCLOSKEY**

      **Debtor.**
_____/

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ouachita Financial Services, LLC | Branch Banking & Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Ouachita Financial Services, LLC
c/o BransonLaw, PLLC
1501 E. Concord Street
Orlando, Florida 32803

Court Claim # (if known): ___1___
Amount of Claim: _$6,660,111.90___
Date Claim Filed: ___04/01/2015_____

Phone: ___(407) 894-6834_____
Last Four Digits of Acct #: ___none_____

Phone: _____(407) 896-2224_____
Last Four Digits of Acct. #: ___4398__

Name and Address where transferee payments should be sent (if different from above):



Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _/s/ Jeffrey S. Ainsworth_____ Date: November 16, 2017_____
Transferee/Transferee's Agent